467 A.2d 1287

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**William W. CLYDE.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1983.

Decided Nov. 9, 1983.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.